HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARNELL O. MCGARY, | CASE NO. C15-5840-RBL-DWC |
| Plaintiff, | ORDER |
| v. | |
| JAY INSLEE, SUSAN DRYFUS, MARK LINDQUIST, MARK STRONG, CATHY HARRIS, ELENA LOPEZ, KAYLA NORTON, CARRISSA BONNEMA, KATHRINE GRIM, RANDY PECHOES, | |
| Defendant. | |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, and the remaining record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation, except where it cites to the Prison Litigation Reform Act. Both sides concede the PLRA does not apply to persons civilly committed under Washington's Sexually Violent Predator Act.

2) Plaintiff's Motion for Injunctive Relief is DENIED.

ORDER - 1

3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

Dated this 18th day of February, 2016.

_____
Ronald B. Leighton
United States District Judge