UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARNELL O MCGARY,

                Plaintiff,

  v.

JAY INSLEE, SUSAN DRYFUS, MARK LINDQUIST, MARK STRONG, CATHY HARRIS, ELENA LOPEZ, KAYLA NORTON, CARRISSA BONNEMA, KATHRINE GRIM, RANDY PECHOES,

                Defendants.

No. 3:15-CV-05840-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation [Dkt. #55].

(2)     Defendants Inslee, Dreyfus, and Norton's Motion to Dismiss [Dkt. #37] is granted-in-part and denied-in-part. Defendants Inslee and Dreyfus are dismissed with prejudice from this action. Defendant Norton has waived an insufficient service of process defense and remains in the case.

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 18th day of July, 2016.

*[signature]*

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1