UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARNELL O MCGARY,

                Plaintiff,

  v.

JAY INSLEE, SUSAN DRYFUS, MARK LINDQUIST, MARK STRONG, CATHY HARRIS, ELENA LOPEZ, KAYLA NORTON, CARRISSA BONNEMA, KATHRINE GRIM, RANDY PECHOES,

                Defendants.

No. 3:15-CV-05840-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation [Dkt. #56].

(2) Defendant Lindquist's Motion to Dismiss (Dkt. 39) is granted and Defendant Lindquist is dismissed from this case with prejudice.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 26th day of Jul/2016.

                                      Ronald B. Leighton
                                      United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1